**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KNIFE RIGHTS, INC., et al.,** | : | |
| **Plaintiffs,** | : | |
| v. | : | No. 23-1758 |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this  12th  day of  June , 2023 upon consideration of the Application for Extension of deadline to Answer, Move, or Otherwise Respond, submitted on behalf of Defendants City of Philadelphia and Danielle Outlaw, and Plaintiffs' response, if any, thereto, and for good cause shown, it is **HEREBY ORDERED** that Defendants' request is **GRANTED**. Defendants City of Philadelphia and Danielle Outlaw shall answer, move, or otherwise respond to Plaintiffs' Complaint on or before **July 13, 2023**.

BY THE COURT:

/s/ Gerald Austin McHugh

**GERALD AUSTIN McHUGH, J.**