# IN THE UNITES STATES DISTRICT COURT
## FOR THEEASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KNIFE RIGHTS, INC. et al.<br><br>                              Plaintiffs,<br><br><br>              v.<br><br><br>CITY OF PHILADELPHIA, et al.<br>                              Defendants. | Civil Action<br>No. 2:23-cv-01758-GAM |
| **NOTICE OF ACCEPTANCE** | |

To Anne B. Taylor:

  Under Fed. R. Civ. P. 68(a), this Notice of Acceptance memorializes Plaintiffs' acceptance of the City's June 5, 2023 Offer of Judgment to one of Plaintiffs' claims in the above captioned case. Plaintiffs' counsel accepted Defendants' offer in writing on June 19, 2023. Further, Counsel for Plaintiffs advised Defendants' Counsel that their Rule 68 Offer of Judgment did not address all the claims presented in Plaintiffs' Complaint. (ECF No. 1). Plaintiffs await a response from Defendants as to whether Defendants plan to defend the remaining claims in Plaintiffs' Complaint. Attached hereto as **Exhibit A** is a true and correct copy of Defendants' offer. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' acceptance.

June 29, 2023

           Respectfully Submitted,

           _____
           John W. Dillon (SBN: 296788)
           Attorney for Plaintiffs
           Dillon Law Group APC
           2647 Gateway Road
           Suite 105, No. 255
           Carlsbad, CA 92009
           jdillon@dillonlawgp.com

**CERTIFICATE OF SERVICE**

I certify that on the date set forth below, I filed a copy of the foregoing paper via the Court's CM/ECF System, which provide notice to all counsel as Filing Users. The document is available for viewing and downloading from the ECF system.

June 29, 2023

John W. Dillon (SBN: 296788)
Attorney for Plaintiffs
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, CA 92009
jdillon@dillonlawgp.com

# EXHIBIT A



LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

Anne B. Taylor, Esq.
Chief Deputy City Solicitor
Civil Rights Unit
Phone: 215-683-5381
anne.taylor@phila.gov

June 5, 2023

**<u>Via Electronic Mail</u>**

William Sack
FIREARMS POLICY COALITION
5550 Painted Mirage, Suite 320
Las Vegas, NV 89149
wsack@fpclaw.org

John W. Dillon
DILLON LAW GROUP APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
jdillon@dillonlawgp.com

   **Re:**  *Knife Rights, Inc., et al. v. City of Philadelphia, et al.*, **No. 2:23-cv-01758-GAM**

Dear Messrs. Sack and Dillon:

   Enclosed, please find a Rule 68 Offer of Judgment in the above-referenced matter.  This Offer will expire in fourteen (14) days if no written response is received.


       Very truly yours,

       */s/  Anne B. Taylor__*
       Anne B. Taylor, Esq.
       Counsel for Defendant

w/ encl.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **KNIFE RIGHTS, INC., et al.** | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | **Civil Action** |
| **v.** | **:** | **No. 2:23-cv-01758-GAM** |
| | **:** | |
| **CITY OF PHILADELPHIA, et al.,** | **:** | |
| **Defendants.** | **:** | |

---

## OFFER OF JUDGMENT

**TO:**   William Sack, Esq.
John W. Dillon, Esq.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant City of Philadelphia

hereby offers to allow Judgment to be taken against it and in favor of the Plaintiff for the claim of

injunctive relief regarding the ordinance currently codified at Philadelphia Code 10-820, brought

by way of the instant litigation, inclusive of costs, attorneys' fees, and interest accrued to date, in

the amount of Ten Thousand Dollars ($10,000.00).

This Offer of Judgment is made solely for the purposes specified in Federal Rule of Civil

Procedure 68 and is not to be construed either as an admission that any Defendant is liable in this

action, or that Plaintiff has suffered any damages.  Said judgment is to have no effect whatsoever

except in settlement of this case.  Additionally, this Offer of Judgment is not admissible as evidence

in any proceeding, except, if rejected, in a proceeding to determine costs.  If this Offer of Judgment

is not accepted in writing within fourteen (14) days, it shall be deemed withdrawn.

Date: June 5, 2023

*/s/ Anne B. Taylor*
Anne B. Taylor, Esq.
Chief Deputy City Solicitor
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
anne.taylor@phila.gov
(215) 683-5381

# EXHIBIT B



John Dillon <jdillon@dillonlawgp.com>

## Knife Rights Inc., et al. v. City of Philadelphia et al. - Rule 68 Offer
1 message

**John Dillon** <jdillon@dillonlawgp.com>                                     Mon, Jun 19, 2023 at 1:11 PM
To: Anne Taylor <Anne.Taylor@phila.gov>

Anne:

I am following up again on the City's Rule 68 offer of judgment. As we previously discussed, the City's offer did not encompass the entirety of Plaintiffs' claims and the City was considering our inquiry to include the remaining claim in its offer. As a part of our ongoing settlement discussions, Plaintiffs will accept the City's offer to allow judgment to be taken against it and in favor of Plaintiffs for the claim of injunctive relief regarding the ordinance currently codified at Philadelphia Code 10-820, inclusive of costs, attorneys' fees, and interest accrued to date, in the amount of ten thousand dollars ($10,000.00).

However, as previously noted, Plaintiffs are waiting to hear back regarding the remaining claims not addressed in Defendants' original offer. While you stated you would be able to speak on this issue last week, I have not heard back from you and was made aware that you are on vacation until June 20, 2023. As such, I assume that the City's 14-day response deadline will be extended so that we may finish our ongoing settlement discussions.

Please confirm receipt.

Thanks,

- John

--

*John W. Dillon*

760.642.7150

Dillonlawgp.com



*For updates and news on California firearms laws and regulations, listen to me on* **"Gun Sports Radio"** *every Sunday on* **AM 1170 The Answer - KCBQ**

dillonlawgp.com Mail - Mutual Rights, Inc., et al v. City of Philadelphia re a Rule 68 Offer

**NOTICE:** This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at jdillon@dillonlawgp.com