William Sack
Attorney Id. No. 325863
SECOND AMENDMENT FOUNDATION
12500 NE 10th PL.
Bellevue, WA 98005
E: WSack@SAF.Org
P: 484-343-1685

John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
*App. for Pro Hac Vice Forthcoming*

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KNIFE RIGHTS, INC;** | : | Civil Rights Complaint |
| **KEITH FETSURKA; AND** | : | 42 U.S.C. § 1983 |
| **SCOTT MELE.** | : | |
| Plaintiffs, | : | Case No. – 2:23-cv-01758 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **DANIELLE OUTLAW,** | : | |
| Philadelphia Police Commissioner; | : | |
| and, | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **PENNSYLVANIA,** | : | |
| | : | |
| Defendants. | : | |

2

## Notice of Change of Address

Attorney William Sack, PA Bar No. 325863, who has appeared before this court on behalf of Plaintiffs in the above captioned matter, hereby notifies the Court that his address has changed. Attorney Sack's correct address is as follows:

> William Sack
> Attorney Id. No. 325863
> SECOND AMENDMENT FOUNDATION
> 12500 NE 10th PL.
> Bellevue, WA 98005
> E: WSack@SAF.Org
> P: 484-343-1685

_____  Date: 7/13/23
William Sack

2