# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | No. 23-1758 |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

AND NOW, this __13th__ day of July, 2023, it is hereby stipulated and agreed that the deadline by which Defendants City of Philadelphia and Danielle Outlaw must answer, move, or otherwise respond to Plaintiffs' Complaint is extended by fourteen (14) days. Defendants City of Philadelphia and Danielle Outlaw shall answer, move, or otherwise respond to Plaintiffs' Complaint on or before July 27, 2023.

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| /s/ *John W. Dillon* | /s/ *Anne B. Taylor* |
| John W. Dillon, Esq. | Anne B. Taylor, Esq. |
| Dillon Law Group, APC | Chief Deputy City Solicitor |
| 2647 Gateway Road, Suite 105 | City of Philadelphia Law Department |
| No. 255 Carlsbad | 1515 Arch Street, 14th Floor |
| Carlsbad, CA  92009 | Philadelphia, PA 19147 |

William A. Sack
Second Amendment Foundation
12500 NE 10th PL.
Bellevue, WA 98005

**BY THE COURT:**

/s/ Gerald Austin McHugh
_____
**GERALD AUSTIN McHUGH, J.**