IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KNIFE RIGHTS, INC., et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | CIVIL ACTION NO. 23-1758 |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| : | |
| **Defendants.** : | |

**ORDER**

This 31st day of July, 2023, upon consideration of the joint submission by the parties and the acceptance of judgment filed previously in this matter, and for good cause shown, it is hereby **ORDERED**:

1. JUDGMENT is entered in favor of plaintiffs Knife Rights, Inc., Keith Fetsurka, and Scott Mele, and against the defendant City of Philadelphia in the amount of Ten Thousand Dollars ($10,000.00).

2. The ordinance currently codified at § 10-820 of The Philadelphia Code is unenforceable.

3. Defendant City of Philadelphia is ENJOINED from enforcing the ordinance currently codified at § 10-820 of The Philadelphia Code.

4. Plaintiffs' claims arising out of Philadelphia Code § 10-833 are withdrawn by agreement and therefore DISMISSED without prejudice, as section 10-833(2) of the Philadelphia Code shall become effective only upon the enactment of authorizing legislation by the Pennsylvania Assembly. No such legislation has been passed as of the ratification of this agreement.

    /s/ Gerald Austin McHugh
United States District Judge